IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA,<br><br>          Defendant.<br>_____ / | No. 3:15-cv-0534-CRB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Before thirteen of Plaintiff's cases were dismissed with prejudice, see Order (dkt. 15), this case was dismissed with leave to amend not later than February 25, 2015, see Order (dkt. 5). Plaintiff did not file an amended complaint within that time. The Court DISMISSES the case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

What is more, this case—like the rest—is frivolous. See Order (dkt. 15) at 12 ("The actions of which he complains are, without exception, well-established and integral aspects of family law and the general social order. His quarrels with the state of affairs in which his domestic violence actions have left him were long-ago rejected, or are so frivolous as never to have been credible."). That fact alone is also ample reason to dismiss with prejudice.

**IT IS SO ORDERED.**

Dated: February 16, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE