IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY A. AUSTIN,

    Plaintiff,

  v.

STATE OF CALIFORNIA,

    Defendant.

No.   3:15-cv-0534-CRB

**JUDGMENT**

Having dismissed this case with prejudice, the Court hereby ENTERS JUDGMENT in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 16, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE